**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MERCEDES TERRELL,

        Plaintiff(s),

v.

D. PROCYON, LLC,

        Defendant(s).

2:21-cv-00725-APG-VCF

**ORDER**

Before the court is *Mercedes Terrell v. D. Procyon, LLC*, case number 2:21-cv-00725-APG-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before May 2, 2022.

DATED this 18th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE