**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MERCEDES TERRELL, | |
| Plaintiff(s), | 2:21-cv-00725-APG-VCF |
| v. | **ORDER** |
| D. PROCYON, LLC, | |
| Defendant(s). | |

Before the court is the notice of settlement (ECF No. 15). Plaintiff states that the parties have reached a settlement agreement and a proposed stipulation and order for dismissal would be filed by May 31, 2022. To date, no stipulation for dismissal has been filed.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before June 15, 2022.

DATED this 1st day of June 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1